**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6698**

———————

GARFIELD WILLIAM HOLLEY,

Plaintiff - Appellant,

versus

D. BAKER, Correctional Officer, Keen Mountain
Correctional Center,

Defendant - Appellee,

and

R. A. YOUNG, Regional Director, Keen Mountain
Correctional Center,

Defendant.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Pamela M. Sargent, Magistrate Judge.
(CA-98-643-7)

———————

Submitted:  September 21, 2000     Decided:  September 28, 2000

———————

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Garfield William Holley, Appellant Pro Se.  Christopher Garrett Hill, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Garfield William Holley appeals magistrate judge's order denying his motions to set aside the jury's verdict in favor of Appellee and to alter or amend its final judgment.[*]  We have reviewed the record and the district court's opinion and find no abuse of discretion.  Accordingly, we affirm the order of the district court.  See Holley v. Baker, No. CA-98-643-7 (W.D. Va. Apr. 26, 2000).  We also deny Holley's motion for the appointment of counsel.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

_____

[*] The parties consented to have this matter tried by a magistrate judge.  See 28 U.S.C. § 636(c)(1) (1994).